No. 94–322. STUART, GUARDIAN AD LITEM FOR STUART, AND ADMINISTRATOR OF THE ESTATE OF STUART, DECEASED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–328. CALIFORNIA DEPARTMENT OF CORRECTIONS *v.* BLAND. C. A. 9th Cir. Certiorari denied.

No. 94–332. VERMILION PARISH BUS DRIVERS & OPERATORS ASSN. ET AL. *v.* VERMILION PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–333. CSX TRANSPORTATION, INC. *v.* ADKINS ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–336. SMITH *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–337. PUDLO *v.* SHEAHAN, SHERIFF, COOK COUNTY, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 94–339. GENERAL ENVIRONMENTAL SCIENCE CORP. *v.* HORSFALL ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–341. TOUCHE ROSS & CO. *v.* CONGREGATION OF PASSION, HOLY CROSS PROVINCE. Sup. Ct. Ill. Certiorari denied.

No. 94–343. THANH VONG HOAI *v.* SUN REFINING & MARKETING CO., INC. C. A. D. C. Cir. Certiorari denied.

No. 94–347. MORISSETTE ET AL. *v.* YU ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–348. ALLEN ET AL. *v.* WILLIAMS. C. A. 6th Cir. Certiorari denied.

No. 94–351. TODD, SPECIAL ADMINISTRATOR OF THE ESTATE OF TODD, A DECEASED MINOR *v.* SOCIETE BIC, S. A., ET AL. C. A. 7th Cir. Certiorari denied.